# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**NORA CANDELARIA,**

    **Plaintiff,**

**v.**                                                               **No. 17-cv-0404 KG/SMV**

**HEALTH CARE SERVICE CORPORATION,**

    **Defendant.**

## ORDER VACATING SECOND TELEPHONIC RULE 16 INITIAL SCHEDULING CONFERENCE AND ORDER TO FILE CLOSING DOCUMENTS

Defense counsel notified the Court by telephone on July 24, 2018, that the parties have reached a settlement agreement in principal.

**IT IS THEREFORE ORDERED** that the Second Telephonic Rule 16 Initial Scheduling Conference, set for July 25, 2019, is **VACATED**.

**IT IS FURTHER ORDERED** that closing documents be filed no later than **September 23, 2019**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**