IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORA CANDELARIA, KIMANI
SINGLETON and all others similarly situated
under 29 USC § 216(b),

    Plaintiffs,

v.

HEALTH CARE SERVICE CORPORATION,

    Defendant.

Case No. 2:17-cv-404-KG-SMV

COLLECTIVE AND CLASS
ACTION COMPLAINT

## ORDER

This matter comes before the Court upon Care Coordinators' letter in response to the Order Preliminarily Approving Settlement Agreement, filed February 26, 2020. (Doc. 63). The Court construes this letter as a *pro se* motion. The current parties shall file a Response no later than March 19, 2020. Reply briefs from Care Coordinators will not be accepted unless later ordered by this Court. The Final Approval Hearing scheduled for March 19, 2020, at 9:00 a.m. is vacated and will be reset for a later date.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE