IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORA CANDELARIA, KIMANI
SINGLETON and all others similarly situated
under 29 USC § 216(b),

    Plaintiffs,                                            Case No. 2:17-cv-404-KG-SMV

v.                                                    COLLECTIVE AND CLASS
                                                          ACTION COMPLAINT

HEALTH CARE SERVICE CORPORATION,

    Defendant.

ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter is referred to Magistrate Judge Stephan M. Vidmar to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of *Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement* (Doc. 61). The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

                                                                          _____
                                                                        UNITED STATES DISTRICT JUDGE