IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORA CANDELARIA, KIMANI
SINGLETON and all others similarly situated
under 29 USC § 216(b),

    Plaintiffs,                                            Case No. 2:17-cv-404-KG-SMV

v.                                                       COLLECTIVE AND CLASS
                                                             ACTION COMPLAINT

HEALTH CARE SERVICE CORPORATION,

    Defendant.

## AMENDED ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter is referred to Magistrate Judge Stephan M. Vidmar to conduct a hearing and to perform any legal analysis required to recommend to the Court whether to enter an order granting final approval of the class settlement agreement. *See* Order Preliminarily Approving Settlement Agreement (Doc. 62) (describing hearing and process for determining whether to grant final approval of class settlement agreement).

The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE