IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NORA CANDELARIA, KIMANI SINGLETON and all others similarly situated under 29 USC § 216(b),<br><br>*Plaintiffs*,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION,<br><br>*Defendant*. | Case No. 2:17-cv-404-KG-SMV<br><br>COLLECTIVE AND CLASS ACTION COMPLAINT |

### ORDER GRANTING
### JOINT MOTION FOR EXTENSION OF TIME TO SERVE AND FILE PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter, having come before the Court on the Parties' Joint Motion for Extension of Time to Serve and File Proposed Findings and Recommended Disposition ("Motion"), and the Court being fully advised, hereby orders that the Motion is GRANTED.

The deadline for the Parties to serve by email and to file the Proposed Findings and Recommended Disposition is hereby extended to October 7, 2020.

SIGNED on  October 2 , 2020.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

**Respectfully submitted on September 30. 2020**

/s/ *Mark D. Temple*
**MARK D. TEMPLE**
Texas State Bar No. 00794727
Baker & Hostetler, LLP
811 Main Street, Suite 1100
Houston, TX 77002-6110
Telephone: +1 713 751 1600
Facsimile: +1 713 751 1717
mtemple@bakerlaw.com
*Attorney-in-Charge for Defendant*

**ADAM J. WEINER**
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: +1 312 207 2841
Facsimile: +1 312 207 6400
ajweiner@reedsmith.com

**RANDY S. BARTELL**
Montgomery & Andrews, P.A.
P.O. Box 2307
Santa Fe, NM 87504-2307
Telephone: +1 505 986 2678
rbartell@montand.com

**ATTORNEYS FOR DEFENDANT**

**Electronically approved on September 30, 2020.**

/s/ *J. Derek Braziel*
J. Derek Braziel
Texas Bar No. 00793380
**BRAZIEL | DIXON, LLP**
1910 Pacific Ave.
Suite 12000 – Box 220
Dallas, Texas 75201
214-749-1400
214-749-1010 (fax)
www.overtimelawyer.com

JACK SIEGEL
Co-Attorney in Charge
Texas Bar No. 24070621
SIEGEL LAW GROUP PLLC
2820 McKinnon, Suite 5009
Dallas, Texas 75201
P: (214) 790-4454
www.4overtimelawyer.com

**ATTORNEYS FOR PLAINTIFFS
AND THE SETTLEMENT CLASS**